```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| JAMES ARMSTRONG, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) JOINT STIPULATION FOR DISMISSAL |
| METROPOLITAN LIFE INSURANCE | ) |
| COMPANY, | )   Case No. 8:16-cv-89 |
| | ) |
| Defendant. | ) |

COMES NOW the Plaintiff and Defendant, by and through their attorneys, Douglas Pauley for Plaintiff and Steven D. Davidson for Defendant, and hereby move the Court to dismiss the above captioned matter with prejudice as the parties have reached a settlement. The parties also agree that each party will bear its own costs and attorney fees.

DATED this 27th day of December, 2016.

JAMES ARMSTRONG, Plaintiff

By /s/ Douglas Pauley
Douglas Pauley, #16636
CONWAY, PAULEY & JOHNSON, P. C.
P. O. Box 315
Hastings, NE  68902-0315
(402) 462-5187
dpauley@hastingslaw.com
Attorneys for Plaintiff

METROPOLITAN LIFE INSURANCE
COMPANY, Defendant

By /s/ Steve D. Davidson
Steve D. Davidson, #18684
BAIRD HOLM LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102
(402) 344-0500
sdavidson@bairdholm.com
Attorneys for Defendant

Page 1

CERTIFICATE OF SERVICE

    The undersigned, Douglas Pauley, does hereby certify that a true and correct copy of the foregoing Motion to Dismiss was served on the Defendants by mailing same with postage prepaid, to Steven D. Davidson, Attorney for Metropolitan Life Insurance Company, 1500 Woodmen Tower, Omaha, NE 68102, on this 27th day of December, 2016.

                                              /s/ Douglas Pauley
                                                Douglas Pauley